# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA EX REL. SIMEON BOZIC, | : | No. 86 WAL 2017 |
| | : | |
| Petitioner | : | Petition for Allowance of Appeal from the Order of the Commonwealth Court |
| | : | |
| v. | : | |
| | : | |
| SUPERINTENDENT, ROBERT GILMORE, STATE CORRECTIONAL INSTITUTION GREENE, PENNSYLVANIA DEPARTMENT OF CORRECTIONS, | : | |
| | : | |
| Respondents | : | |

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.